of the Rochester City Court in favor of plaintiff and dismisses plaintiff's complaint in an action for damages for personal injuries sustained by reason of falling down a negligently guarded elevator shaft. The order is the order of reversal.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

WILLIAM E. MORTIMER, Respondent, v. NATHAN NATAPOW, Appellant.— Order affirmed, without costs of this appeal to either party. All concur, except Cunningham, J., not voting. (The order reverses an order of the Rochester City Court denying plaintiff's motion for a new trial on the ground of newly-discovered evidence.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HARRY DOLLAWAY, JR., Respondent, Appellant, v. WILLIAM A. HANEY, Respondent, A. & B. FAST FREIGHT, INC., Appellant, and DAVID LESSEN and ROSE LESSEN, Defendants.— Judgment and order in favor of the plaintiff affirmed, with costs. Judgment and order in favor of defendant Haney affirmed, with costs. All concur. (In an automobile negligence action one judgment is for plaintiff against defendants A. & B. Fast Freight, Inc., and Lessen and one judgment is for defendant Haney for no cause of action. The orders deny motions for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

JAMES F. CRANKSHAW, Appellant, v. MERCHANTS MUTUAL CASUALTY COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action under a liability insurance policy.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

STEVE WALFRICE, Respondent, v. BUFFALO POTTERY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements to abide the event. All concur. (The order denies defendant's motion for summary judgment dismissing plaintiff's complaint in a silicosis action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Estate of GEORGE M. FISHER, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. All concur, except Dowling, J., not voting. (The decree admits a will to probate.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

EDWARD R. McGRAW, Appellant, v. ALBERT J. SCHREINER, Respondent, and HORACE TRABUE, Defendant.— Order reversed on the facts and verdict reinstated, with costs. All concur, except Taylor, J., who dissents and votes for affirmance. (The order grants the motion of defendant Schreiner to set aside the verdict of the jury against him and in favor of plaintiff and for a new trial, in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

CATHERINE E. MOSHER, as Administratrix, etc., of EDWARD C. MOSHER, Deceased, Appellant, v. ALBERT J. SCHREINER, Respondent, and HORACE TRABUE, Defendant.— Order reversed on the facts and verdict reinstated, with costs. All concur, except Taylor, J., who dissents and votes for affirmance. (The order grants the motion of defendant Schreiner to set aside the verdict of the jury against him and in favor of plaintiff, and for a new trial, in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

HAROLD E. DOESER, Appellant, v. ALBERT J. SCHREINER, Respondent, and HORACE TRABUE, Defendant.— Order reversed on the facts and verdict reinstated, with costs. All concur, except Taylor, J., who dissents and votes for